THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
E-MAIL t_stew_3@yahoo.com

Jason G. Gong (SBN 181298)
LAW OFFICE OF JASON G. GONG
*A Professional Corporation*
2121 N. California Blvd., Suite 290
Walnut Creek, CA  94596
Telephone:  (925) 735-3800
Facsimile: (925) 735-3801
Email: jgong@gonglawfirm.com

Attorneys for Plaintiff JESUS TORRES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES,<br><br>              Plaintiff,<br><br>       vs.<br><br>THE DEERWOOD CORPORATION, LALITA GUPTA, ONE ELEVEN DEERWOOD ROAD COMMERCIAL CONDOMINIUM ASSOCIATION,<br><br>              Defendant. | Case No. 3:14-cv-03045-MEJ<br><br>**STIPULATION OF DISMISSAL OF ACTION AND [PROPOSED] ORDER** |

The parties hereby stipulate as follows:

1.     The parties have reached a full and final settlement of all issues in this action and have executed a settlement agreement that resolves plaintiff's claims for injunctive and monetary relief.

2.     Defendants have completed or are in the process of completing all of the required remediation work at the subject premises.

3.     Accordingly, IT IS HEREBY STIPULATED by and between Plaintiff and

1  Defendants, through their respective counsel, that this action can be dismissed with prejudice
2  pursuant to Fed. R. Civ. P. 41(a)(2).

3                                                                    Respectfully submitted,

4  Dated:  August 7, 2015                              LAW OFFICE OF JASON G. GONG
                                                                     *A Professional Corporation*

                                                                     */s/  Jason G. Gong*
6                                                 By: _____
                                                                     Jason G. Gong
7                                                                    Attorney for Plaintiff
                                                                     JOSE TORRES

9  Dated:  August 7, 2015                              MILLER HAUSER LLP

                                                                     */s/ Eric D. Miller*
                                                  By: _____
11                                                                   Eric D. Miller
                                                                     Attorney for Defendants
12                                                                   THE DEERWOOD CORPORATION, LALITA
                                                                     GUPTA, ONE ELEVEN DEERWOOD ROAD
13                                                                   COMMERCIAL CONDOMINIUM
                                                                     ASSOCIATION

16                                       **STATEMENT OF ATTESTATION**

17          The undersigned makes the following statement of attestation pursuant to Civil Local
18  Rule 5-1(i)(3) (N.D. Cal.) (effective January 14, 2015).  On July 2, 2015, I obtained the
19  concurrence from Eric Miller, counsel for Defendants, to use his electronic signature herein.

20  Dated:  August 7, 2015                              LAW OFFICE OF JASON G. GONG
                                                                     *A Professional Corporation*

                                                                     */s/  Jason G. Gong*
22                                                By: _____
                                                                     Jason G. Gong
23                                                                   Attorney for Plaintiff
                                                                     JESUS TORRES

25  ///
26  ///
27  ///
28  ///

---

*Torres v. The Deerwood Corp., et al.* Case No. 3:14-cv-03045-MEJ
Stipulation of Dismissal of Action and [Proposed] Order

2

1  **[PROPOSED] ORDER**

2  Pursuant to the parties' stipulation, the Court hereby dismisses the above-referenced action
3  with prejudice.
4  IT IS SO ORDERED.

6  Dated:  August __10__, 2015

7  _____
   Maria-Elena James
8  UNITED STATES MAGISTRATE JUDGE